# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**DWAYNE TYRONE ROBINSON,**

   *Plaintiff*,

v.                                                **CASE NO.:  1:19cv132-MW/GRJ**

**HUDSON G. DYKES,**
**et al.,**

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## <u>REPORT AND RECOMMENDATION</u>

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 31. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Defendant's motion to dismiss, ECF No. 24, is **GRANTED** and this case is dismissed for failure to state a claim and

because Plaintiff's claims are barred by the statute of limitations."

**SO ORDERED on May 26, 2020.**

**s/Mark E. Walker           
Chief United States District Judge**
