IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DWAYNE TYRONE ROBINSON,

    Plaintiff,

v.                                      Case No.  1:19cv132-MW/GRJ

HUDSON G. DYKES,
et al.,

    Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 38. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Defendant's motion to dismiss, ECF No. 24, is **GRANTED** and the Complaint is **DISMISSED** for failure to state a claim upon which relief may be granted because Plaintiff's claims are barred by the

---

[1] This Court granted Plaintiff an extension of time until August 21, 2020, to respond the Magistrate Judge's objections. ECF No. 40. As of the date of this order no objection has been filed by Plaintiff.

statute of limitations. The dismissal is without prejudice to Plaintiff's right to initiate a new case to the extent he believes he can allege a cognizable malicious prosecution claim." The Clerk shall also close the file.

**SO ORDERED on August 24, 2020.**

<u>s/ MARK E. WALKER</u>
**Chief United States District Judge**
